| | | | | |
|---|---|---|---|---|
| Ramcharan-Maharajh v. Gilliland | 106,906 | Denied ......... | 08/19/13 | 48 Kan. App. 2d 137 |
| Rash v. State ........................... | 107,156 | Denied ......... | 08/19/13 | Unpublished |
| Ray v. State ........................... | 106,663 | Denied ......... | 05/20/13 | Unpublished |
| Reich v. State ......................... | 106,191 | Denied ......... | 06/14/13 | Unpublished |
| Richardson v. State ................... | 104,302 | Denied ......... | 04/08/13 | Unpublished |
| Robertson v. Bayer CropScience AG ................................... | 107,669 | Denied ......... | 08/23/13 | Unpublished |
| Roediger v. State ..................... | 107,746 | Denied ......... | 08/29/13 | Unpublished |
| Ronald L. Jones Charitable Trust v. Sanders .......................... | 106,690 106,691 | Denied ......... | 06/14/13 | Unpublished |
| Sayers v. City of Pomona ........... | 106,418 | Denied ......... | 09/04/13 | Unpublished |
| Semotuk v. State ..................... | 108,553 | Denied ......... | 08/29/13 | Unpublished |
| Simco v. Seward County ........... | 105,434 | Denied ......... | 08/19/13 | Unpublished |
| Sims v. State ........................... | 107,664 | Denied ......... | 08/19/13 | Unpublished |
| Sjoberg v. Kansas Dept. of Revenue ................................... | 103,937 | Denied ......... | 09/25/13 | Unpublished |
| Sleeth v. Sedan City Hospital ...... | 105,876 | Granted ........ | 05/20/13 | Unpublished |
| Smith v. State ........................ | 103,989 | Denied ......... | 05/20/13 | Unpublished |
| Smith v. State ........................ | 104,775 | Denied ......... | 05/20/13 | Unpublished |
| Smith v. State ........................ | 106,294 | Denied ......... | 08/29/13 | Unpublished |
| Sola-Morales v. State ................ | 104,388 | Granted ........ | 05/20/13 | Unpublished |
| Sperry v. McKune .................... | 108,592 | Denied ......... | 08/29/13 | Unpublished |
| Stanley Bank v. Parish ............... | 106,995 | Denied ......... | 08/19/13 | Unpublished |
| State ex rel. Secretary of SRS v. Lane ................................... | 107,971 | Denied ......... | 08/30/13 | Unpublished |
| State v. Adams ........................ | 106,059 | Denied ......... | 08/29/13 | Unpublished |
| State v. Adams ........................ | 107,379 107,380 107,381 107,382 | Denied ......... | 08/19/13 | Unpublished |
| State v. Adkins ....................... | 104,611 | Granted; remanded to Ct. of App. .. | 05/30/13 | Unpublished |
| State v. Adkins ....................... | 106,289 | Denied ......... | 06/14/13 | Unpublished |
| State v. Ahmedin ..................... | 105,378 | Denied ......... | 05/20/13 | Unpublished |
| State v. Alcorn ....................... | 106,569 106,570 106,571 | Denied ......... | 08/29/13 | Unpublished |
| State v. Allen ........................ | 106,832 | Denied ......... | 07/19/13 | Unpublished |
| State v. Allen ........................ | 106,896 | Denied ......... | 06/14/13 | Unpublished |
| State v. Altom ....................... | 107,260 | Denied ......... | 08/19/13 | Unpublished |
| State v. Anderson .................... | 108,172 | Denied ......... | 08/23/13 | Unpublished |
| State v. Andrew ...................... | 104,666 | Granted ........ | 05/20/13 | Unpublished |
| State v. Angilda ...................... | 106,226 | Denied ......... | 08/30/13 | Unpublished |
| State v. Arizmendi ................... | 106,080 | Denied ......... | 08/19/13 | Unpublished |
| State v. Armer ........................ | 105,770 | Denied ......... | 08/23/13 | Unpublished |